JS - 6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT - WESTERN DIVISION

| | |
|---|---|
| JAMES GUSMAN, | CASE NO. SACV09-0804 CJC MLG |
| Plaintiff, | [Complaint Filed: July 14, 2009] |
| vs. | **[PROPOSED] ORDER RE: STIPULATION RE DISMISSAL OF ENTIRE ACTION AND ALL PARTIES, WITH PREJUDICE** |
| COAST PROFESSIONAL, INC. | |
| Defendants. | **[FILED CONCURRENTLY WITH STIPULATION RE DISMISSAL OF ENTIRE ACTION AND ALL PARTIES, WITH PREJUDICE]** |

The Court has reviewed the Stipulation of Plaintiff JAMES GUSMAN and Defendant COAST PROFESSIONAL, INC. ("Defendant") to dismiss with prejudice the above-entitled action, in its entirety. Pursuant to the Stipulation between the parties, the Court orders as follows:

1. That the above-entitled lawsuit is hereby dismissed, with prejudice, pursuant to FRCP 41(a)(1). Each party shall bear their own costs and expenses.

**IT IS SO ORDERED**

DATED: September 21, 2009

_____
HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT COURT JUDGE